NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM JAY BURNELL, DOC #735568, )
)
        Appellant, )
)
v. )     Case No. 2D18-40
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew D. Bernstein, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


KHOUZAM, C.J., and SALARIO and SMITH, JJ., Concur.